UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 15-CV-2029 |
| ) | |
| KENNETH L. CARTER etal., ) | |
| ) | |
| Defendants. ) | |

### ORDER

A Report and Recommendation (#39) was filed by Magistrate Judge Eric I Long in the above cause on March 1, 2016.  More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.  *See* 28 U.S.C. § 636(b)(1).  Judge Long's Recommendation is, therefore, accepted by the court.  *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#39) is accepted by this court.

(2) Plaintiff's Motion to Enforce the Court's January 12, 2016 Order and the Court's January 26, 2016 Order and for Sanctions Pursuant to Rule 37 of the Federal Rules of Civil Procedure (#34) is GRANTED in part and DENIED in part.  This court will award Plaintiff the attorney fees it incurred in its efforts to compel discovery, but will not allow Plaintiff's additional sanction requests.

(3) Plaintiff's Schedule of Expenses (#35) is GRANTED.  Defendants are ordered to pay Plaintiff the amount of $3,603.00 on or before April 4, 2016.

(4) This case is referred to Judge Long for further proceedings.

    ENTERED this ___28th___ day of _____March_____, 2014.


                        s/COLIN S. BRUCE
                        U.S. DISTRICT JUDGE